IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES DEPARTMENT OF LABOR, | ) ) ) | |
| Plaintiff, | ) ) | 8:05CV356 |
| vs. | ) ) | ORDER |
| DORE & ASSOCIATES CONTRACTING, | ) ) ) | |
| Defendant. | ) | |

This matter is before the court on the defendant's motion for an extension of deadlines (Filing No. 15). The defendant represents the plaintiff does not oppose the motion. Specifically, the defendant seeks a continuance of the deadlines to file an answer to the complaint and the planning report pursuant to Federal Rule of Civil Procedure 26(f) until after the court's ruling on the defendant's motion to change venue (Filing No. 7). Upon consideration,

**IT IS ORDERED:**

1. The defendant's motion for an extension of deadlines (Filing No. 15) is granted.

2. The defendant shall have **ten (10) days** from the date an order is filed on the currently pending motion to change venue (Filing No. 7), in which to file an answer or otherwise respond to the complaint.

3. The parties shall have **twenty (20) days** from the date an order is filed on the currently pending motion to change venue (Filing No. 7), in which to file a planning report with this court pursuant to Federal Rule of Civil Procedure 26(f), if necessary.

DATED this 27th day of October, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge