## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ELAINE L. CHAO, ) <br> SECRETARY OF LABOR, ) <br> UNITED STATES DEPARTMENT OF LABOR,) <br>                 Plaintiff,    ) <br>                               ) <br>   v.                        ) <br>                               ) <br> DORE & ASSOCIATES              ) <br> CONTRACTING, INC.,               ) <br>                Defendant.   ) | 8:05CV356 <br><br> ORDER |

This matter is before the court on the plaintiff's Motion to Continue the Trial (Filing No. 33). The plaintiff seeks to continue trial by two days from December 26, 2006, to December 28, 2006, due to complications of trial preparation associated with the December 25, 2006 federal holiday. Upon consideration,

**IT IS ORDERED:**

1. The plaintiff's Motion to Continue the Trial (Filing No. 33) is granted.

2. Trial is rescheduled to commence at **8:30 a.m. on December 28, 2006**, in Omaha, Nebraska, before the Honorable Joseph F. Bataillon.

DATED this 17th day of November, 2006.

                                              BY THE COURT:

                                              s/Thomas D. Thalken
                                              United States Magistrate Judge