IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES DEPARTMENT OF LABOR, Elaine L. Chao, Secretary of Labor,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DORE & ASSOCIATES CONTRACTING, INC.,<br><br>　　　　　Defendant. | 8:05CV356<br><br><br>ORDER |

Following a telephone conference with the attorneys in the above case on December 14, 2006, notifying the court that this case has settled,

IT IS ORDERED that:

1. The parties shall file a joint stipulation for dismissal (or other dispositive stipulation) with the clerk of the court which will fully dispose of the case and provide a copy to the undersigned judge **on or before January 5, 2007**. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a)(1)(ii) and shall state whether the dismissal is with or without prejudice.

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice in accordance with NECivR 68.1.

DATED this 14th day of December, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge